JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO CASTELLANOS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TRIMAC TRANSPORTATION SERVICES, INC.; and DOES 1 to 100,<br><br>　　　　Defendants. | Case No. CV 23-10508 DMG (SKx)<br><br>**ORDER APPROVING JOINT STIPULATION TO REMAND ACTION TO STATE COURT [24]** |

Having read and considered the parties' Stipulation to Remand this Action to the Los Angeles County Superior Court, and finding good cause therefor, the Court hereby **APPROVES** the parties' Stipulation and **ORDERS** as follows:

1. The above-captioned action is remanded to the Los Angeles County Superior Court, case 23STCV27749.

**IT IS SO ORDERED.**

DATED: September 11, 2024

_____
DOLLY M. GEE
Chief United States District Judge